IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00185-CV

 

Lisa Martinez Paul 

and SteVen Edward Martinez,

                                                                      Appellants

 v.

 

Merrill Lynch Trust Company of

Texas, Acting in the Capacity of

Independent Executor of the 

Estate of Jose Eduardo Martinez, 

Deceased, and Toni Wasson 

Salvaggio Martinez,

                                                                      Appellees

 

 

 



From the County Court at Law No.
1

Brazos County, Texas

Trial Court No. 11,414-PC

 



Order ON opinions



 

Appellants’ motion for rehearing is denied.  The
Court’s Memorandum Opinion and judgment, and Chief Justice Gray’s Dissenting
Opinion, all dated August 31, 2005, are withdrawn, and the opinion and judgment
dated December 14, 2005, are substituted therefor.

PER CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Order
issued and filed December 14, 2005

Do
not publish






e='text-align:justify;text-indent:.5in'>Justice Davis

Dismissed

Opinion
delivered and filed March 4, 2009

Do
not publish

[CR25]